STATE OF NEW JERSEY v. RONALD W. ROBBINS.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE ROSS.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSETTA RUTHERFORD.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY RONDINELLI.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED LITTLE.

July 7, 1987.

Petition for certification denied.